CROMPTON CARPET COMPANY *vs.* CITY OF WORCESTER.

Worcester.   January 5. — 7, 1876.   AMES & DEVENS, JJ., absent.

Under the St. of 1871, c. 361, authorizing the city of Worcester to supply itself with pure water, and providing in § 3 for the payment of damages by the city to persons injured thereby, and for the appointment by the Superior Court of three commissioners to assess the damages, an order of the Superior Court appointing such commissioners is interlocutory merely, and exceptions thereto cannot be entered in this court until after a final disposition of the case in the court below.

PETITION under the St. of 1871, c. 361, § 3, for the appointment of commissioners to assess the damages sustained by the petitioner by the taking, by the city council of the city of Worces-

ser, of East or Lynde Brook, in the town of Leicester, to supply the city with pure water.

In the Superior Court, before *Colburn*, J., the petitioner contended that certain facts, put in evidence by the respondent, did not constitute a defence to the granting of the petition. The judge so ruled, and ordered commissioners to be appointed; and the respondent alleged exceptions.

*W. S. B. Hopkins & F. T. Blackmer*, for the respondent.

*T. L. Nelson*, for the petitioner.

BY THE COURT. The order appointing commissioners was interlocutory in a case pending in the Superior Court, and exceptions thereto cannot be entered in this court until after a final disposition of the case in the court below. St. 1871, *c.* 361, § 3. *Safford* v. *Knight*, 117 Mass. 281. *Gifford* v. *Rockett*, *ante*, 71. *Rose* v. *Taunton*, *ante*, 99.          *Exceptions dismissed.*